Mod AO 442 (09/13) Arrest Warrant     AUSA Name & Telno: Katherine Cheng, 212-637-2492, Diarra Guthrie

# UNITED STATES DISTRICT COURT
для the
## Southern District of New York

United States of America
v.
SAMUEL GONZALEZ

_Defendant_

Case No.

**25 MAG 1376**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ **SAMUEL GONZALEZ**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 2252A and 2 (distribution and possession of child pornography, aiding and abetting)

Date: 04/25/2025

_Issuing officer's signature_

City and state: New York, NY

Hon. Jennifer E. Willis, USMJ
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ at _(city and state)_ _____. |
| Date: _____ |
| _Arresting officer's signature_ |
| _Printed name and title_ |